# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TOM FORSTIK,<br><br>  Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS, INC.<br>A/K/A SALLIE MAE, INC.,<br><br>  Defendant. | Civil Action No. 14-3460 (FLW)(DEA)<br><br>**<u>ORDER</u>** |

**THIS MATTER** having been opened to the Court by Ryan L. DiClemente, Esq., and Lisa M. Simonetti, Esq., on behalf of Defendant Navient Solutions, Inc. a/k/a Sallie Mae, Inc. ("Defendant"), on a Motion seeking either (1) a stay based on the United States Supreme Court having granted a writ of certiorari in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, __ U.S. __, 135 S. Ct. 1892 (2015), in which the Court is addressing a standing issue that is central to this matter; or (2) in the alternative, summary judgment; it appearing that Plaintiff Tom Forstik ("Plaintiff"), through his counsel, Ross H. Schmierer, Esq.; Abbas Kazerounian, Esq.; Todd M. Friedman, Esq.; and Joshua B. Swigart, Esq., opposed Defendant's motion and cross-moved for summary judgment; the Court having considered the parties' written submissions in connection with the motion, and having addressed the matter with counsel for both parties in a conference call on October 29, 2015, for the reasons set forth herein, and for good cause shown,

**IT IS** on this 29th day of October, 2015,

**ORDERED** that Defendant's motion to stay or, in the alternative, for summary judgment [Dkt. No. 30] is granted in part and denied in part, and

**IT IS FURTHER ORDERED** that Defendant's motion to stay [Dkt. No. 30] is granted and this matter is stayed until the United States Supreme Court issues its decision in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, __ U.S. __, 135 S. Ct. 1892 (2015), and

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment [Dkt. No. 30] is dismissed without prejudice as moot, and

**IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment [Dkt. No. 32] is dismissed without prejudice as moot, and

**IT IS FURTHER ORDERED** that this matter is administratively terminated, and

**IT IS FUTHER ORDERED** that the parties may request to reopen this case following issuance of the United States Supreme Court's decision in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, __ U.S. __, 135 S. Ct. 1892 (2015).

    /s/ Freda L. Wolfson_____
The Honorable Freda L. Wolfson
United States District Judge